# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRONE FUQUAN ELLISON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>22-cv-05001 (BRM) (JRA)<br><br>**SECOND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated October 16, 2023 seeking an extension to the time to complete discovery (**ECF No. 36**), and for good cause shown,

**IT IS, on this 23rd day of October 2023, ORDERED** that the Pretrial Scheduling Order entered **February 1, 2023** (ECF No. 24) is hereby amended as follows:

1. Fact discovery is extended through **January 3, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **December 1, 2023**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3. All affirmative expert reports shall be delivered by **February 2, 2024**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **March 4, 2024**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **April 3, 2024**.

6. Except as modified here, all other terms in the Pretrial Scheduling Order (ECF No. 24) remain in effect.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE