# MICHAEL J. GLASSMAN & ASSOCIATES, LLC
### *Attorneys at Law*

**MICHAEL J. GLASSMAN, ESQ.** ◊
*mglassman@njlawcenter.com*

**ANDREW A. WENKER, ESQ.** ◊
*drewwenker@njlawcenter.com*

**TERESA GERLOCK HANNI, ESQ.** ◊
*thanni@njlawcenter.com*

◊ MEMBER NJ & PA BAR
△ MEMBER NJ BAR
* OF COUNSEL

LAURELWOOD CORPORATE CENTER
1103 LAUREL OAK ROAD, SUITE 140
VOORHEES, NEW JERSEY 08043-4318

*Web Site:* **http://www.njlawcenter.com**

December 19, 2023

**JONATHAN R. IVANS, ESQ.** △
*jivans@njlawcenter.com*

**ALAN D. TAYLOR, ESQ.** *
*alantaylor@njlawcenter.com*

**JOSEPH RAMZY, M.D., PARALEGAL**
*jramzy@njlawcenter.com*

PHONE   856-784-9222
TOLL FREE   888-234-4421
FAX   856-784-9224

United State District Court – District of New Jersey
The Honorable Jose R. Almonte, USMJ
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ  07102

**RE:**   **Tyrone Ellison vs. State of New Jersey, et al.**
**Civil No.:  2:22-cv-05001-BRM-JRA**
**Status of the Case Summary**

Your Honor:

Pursuant to your Order dated October 23, 2023, please allow this letter to serve as a Status of the Case Summary.

Plaintiff Ellison has provided written discovery responses to Defense Counsel and has provided signed authorizations as requested.   The Defendants' have also provided written discovery responses to Plaintiff's counsel.

Plaintiff Tyrone Fuquan Ellison had his deposition taken on November 21, 2023.  Defendants' depositions are currently scheduled to occur on January 30 and 31, 2024.

Plaintiff's counsel is also in the process of securing a liability and damages expert.

Ms. Kristol has reviewed the contents of this letter prior to filling and agrees with the statements contained herein.

Thank you for your consideration.

Very truly yours,
*/s/ Jonathan R. Ivans*
JONATHAN R. IVANS, ESQUIRE

JRI/tp

cc:  Rachel Kristol, Esquire