

## State of New Jersey

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

February 16, 2024

**via CM/ECF Filing:**
The Honorable Jose R. Almonte, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

      Re: **ELLISON v. STATE OF NEW JERSEY et al.**
            Docket #: 2:22-cv-05001-BRM-JRA

Dear Judge Almonte:

    Undersigned counsel represents Defendants Acebo, Cook, and Lynch in the above-referenced matter. This is a Joint Status Letter for the upcoming Status Conference scheduled for February 27, 2024, as ordered by the Court. (ECF No. 43).

    Plaintiff completed his depositions January 31, 2024. Defendants have completed their depositions and their discovery.

    Plaintiff has provided Defendants with a settlement demand and Defendants are analyzing the demand. Defendants need to go through the proper channels to assess the demand and will then be able to return with a position.

    We thank the Court for its ongoing attention to this matter.

                              Respectfully,

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

February 16, 2024
Page 2

By: **/s/ Rachel B. Kristol**
Rachel B. Kristol
Deputy Attorney General

cc: Jonathan Ivans, Esq.