# MICHAEL J. GLASSMAN & ASSOCIATES, LLC
*Attorneys at Law*

MICHAEL J. GLASSMAN, ESQ.◊
mglassman@njlawcenter.com

ANDREW A. WENKER, ESQ.◊
drewwenker@njlawcenter.com

TERESA GERLOCK HANNI, ESQ.◊
thanni@njlawcenter.com

◊ MEMBER NJ & PA BAR
∆ MEMBER NJ BAR
* OF COUNSEL

LAURELWOOD CORPORATE CENTER
1103 LAUREL OAK ROAD, SUITE 140
VOORHEES, NEW JERSEY 08043-4318

Web Site: http://www.njlawcenter.com

JONATHAN R. IVANS, ESQ. ∆
jivans@njlawcenter.com

ALAN D. TAYLOR, ESQ.*
alantaylor@njlawcenter.com

JOSEPH RAMZY, M.D., PARALEGAL
jramzy@njlawcenter.com

PHONE   856-784-9222
TOLL FREE   888-234-4421
FAX   856-784-9224

March 12, 2024

United State District Court – District of New Jersey
The Honorable Jose R. Almonte, USMJ
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ  07102

**RE:**    **Tyrone Ellison vs. State of New Jersey, et al.**
            **Civil No.:  2:22-cv-05001-BRM-JRA**
            **Settlement Conference:  May 16, 2024 at 10:00 a.m. at the U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, New Jersey.**

Your Honor:

Pursuant to your Order dated February 27, 2024, an in-person settlement conference is currently scheduled for May 16, 2024 at 10:00 a.m..  The settlement conference includes both attorneys in charge of the case and clients.  Mr. Ellison is currently a patient at the Adult Diagnostic and Treatment Center/Special Treatment Unit.  In order for Mr. Ellison to attend this settlement conference in- person, it is my belief that a Writ would have to be issued by the Court.

I have enclosed Tyrone Ellison's contact information so that a Writ may be issued by the Court.

Mr. Ellison's I.D. number and address are listed below.

**Tyrone Fuquan Ellison/ID No.:  277179C**
Adult Diagnostic and Treatment Center
Special Treatment Unit
8 Production Way
Avenel, NJ  07001

Thank you for your time in this matter.

> Very truly yours,
> */s/ Jonathan R. Ivans*
> JONATHAN R. IVANS, ESQUIRE

JRI/tp

cc:  Rachel Kristol, Esquire