# MICHAEL J. GLASSMAN & ASSOCIATES, LLC

*Attorneys at Law*

---

MICHAEL J. GLASSMAN, ESQ.◊
mglassman@njlawcenter.com

ANDREW A. WENKER, ESQ.◊
drewwenker@njlawcenter.com

TERESA GERLOCK HANNI, ESQ.◊
thanni@njlawcenter.com

◊ MEMBER NJ & PA BAR
∆ MEMBER NJ BAR
* OF COUNSEL

LAURELWOOD CORPORATE CENTER
1103 LAUREL OAK ROAD, SUITE 140
VOORHEES, NEW JERSEY 08043-4318

Web Site: http://www.njlawcenter.com

JONATHAN R. IVANS, ESQ. ∆
jivans@njlawcenter.com

ALAN D. TAYLOR, ESQ.*
alantaylor@njlawcenter.com

JOSEPH RAMZY, M.D., PARALEGAL
jramzy@njlawcenter.com

PHONE   856-784-9222
TOLL FREE   888-234-4421
FAX   856-784-9224

June 18, 2024

United States District Court – District of New Jersey
Attn: Honorable Jose R. Almonte, USMJ
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

      RE:    Tyrone Ellison vs. State of New Jersey, et al.
              Civil No.: 2:22-cv-05001-BRM-JRA

Dear Your Honor:

      Pursuant to your Order dated May 14, 2024, please be advised that a mediation hearing is scheduled for Wednesday, July 10, 2024, at 10:00 a.m. Steven J. Blumenthal, Esquire, will serve as the mediator.

      Thank you for your time in this matter.

                        Very truly yours,

                        JONATHAN R. IVANS, ESQUIRE

JRI/ln
C:    Stephen V. McHugh, Esquire (Via E'Court filing)