**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYRONE FUQUAN ELLISON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, ET AL.,<br><br>Defendants. | Civil Action No.<br><br>22-cv-05001 (BRM) (JRA)<br><br>**MEDIATION REFERRAL ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letters dated June 6, 2024, and June 18, 2024 (ECF Nos. 52, 54); and the parties having chosen to pursue private mediation before Steven J. Blumenthal, Esq.; and for good cause shown,

**IT IS on this day, June 20, 2024, ORDERED** that:

1. The parties are referred to private mediation before the Steven J. Blumenthal, Esq.

2. Steven J. Blumenthal, Esq. may be contacted at:

   Law Offices of Steven J. Blumenthal
   17 Beaver Avenue
   Mount Laurel, NJ 08054
   (609) 315-4450

3. The parties shall complete mediation on or before **July 15, 2024**.

4. No later than **July 22, 2024**, the parties shall file a joint letter informing the Court whether this matter has been resolved.

5. A status conference is tentatively scheduled for **August 21, 2024, at 3:00 p.m.** For the conference, please dial 973-437-5535 and enter Phone conference ID: 655 746 079#. No later than **August 14, 2024**, the parties shall file a joint letter not to exceed five (5) pages summarizing the status of the case. To the extent the parties wish to raise a discovery dispute, they shall do so consistent with the Court's Case Management Order.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE