# MICHAEL J. GLASSMAN & ASSOCIATES, LLC

*Attorneys at Law*

---

MICHAEL J. GLASSMAN, ESQ.◊
mglassman@njlawcenter.com

ANDREW A. WENKER, ESQ.◊
drewwenker@njlawcenter.com

TERESA GERLOCK HANNI, ESQ.◊
thanni@njlawcenter.com

◊ MEMBER NJ & PA BAR
∆ MEMBER NJ BAR
\* OF COUNSEL

LAURELWOOD CORPORATE CENTER
1103 LAUREL OAK ROAD, SUITE 140
VOORHEES, NEW JERSEY 08043-4318

*Web Site: http://www.njlawcenter.com*

JONATHAN R. IVANS, ESQ. ∆
jivans@njlawcenter.com

ALAN D. TAYLOR, ESQ.\*
alantaylor@njlawcenter.com

JOSEPH RAMZY, M.D., PARALEGAL
jramzy@njlawcenter.com

PHONE   856-784-9222
TOLL FREE   888-234-4421
FAX   856-784-9224

July 19, 2024

United States District Court – District of New Jersey
Attn: Honorable Jose R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

    **RE:** **Tyrone Ellison vs. State of New Jersey, et al.**
           **Civil No.: 2:22-cv-05001-BRM-JRA**

Your Honor:

    Pursuant to your Order dated June 20, 2024, please be advised that all parties attended and participated in the mediation scheduled for July 10, 2024 with Steven J. Blumenthal, Esquire. The mediation did not result in a settlement. Mr. Blumenthal has advised that he would follow-up with all parties regarding settlement discussions.

    Thank you for your time in this matter.

                      Respectfully yours,

                      JONATHAN R. IVANS, ESQUIRE

JRI/ln
C:    Stephen V. McHugh, Esquire (Via E'Court filing)