# MICHAEL J. GLASSMAN & ASSOCIATES, LLC
*Attorneys at Law*

MICHAEL J. GLASSMAN, ESQ. ◊
mglassman@njlawcenter.com

ANDREW A. WENKER, ESQ. ◊
drewwenker@njlawcenter.com

◊ MEMBER NJ & PA BAR
∆ MEMBER NJ BAR
* OF COUNSEL

LAURELWOOD CORPORATE CENTER
1103 LAUREL OAK ROAD, SUITE 140
VOORHEES, NEW JERSEY 08043-4318

Web Site: http://www.njlawcenter.com

JONATHAN R. IVANS, ESQ. ∆
jivans@njlawcenter.com

ALAN D. TAYLOR, ESQ. *
alantaylor@njlawcenter.com

JOSEPH RAMZY, M.D., PARALEGAL
jramzy@njlawcenter.com

PHONE   856-784-9222
TOLL FREE   888-234-4421
FAX   856-784-9224

September 3, 2024

United State District Court – District of New Jersey
The Honorable Jose R. Almonte, USMJ
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

RE:  Tyrone Ellison vs. State of New Jersey, et al.
     Civil No.: 2:22-cv-05001-BRM-JRA

Your Honor:

Pursuant to your Order dated August 25, 2024, please be advised that Plaintiff's discovery has been completed.

Thank you for your consideration.

Very truly yours,

JONATHAN R. IVANS, ESQUIRE

JRI/ln
C: Stephen V. McHugh, Esquire (Via E'Filing)