# KENT/McBRIDE

**1040 Kings Highway North, Suite 600**
**Cherry Hill, NJ. 08034**
Phone: 856 667 3113
Fax: 856 667 4003
Fax: 856 667 1966
www.kentmcbride.com

Kathryn V. McCalloin, Esquire
Direct Dial: 856 382 3667382 3657
kmccallion@kentmcbride.com

October 24, 2024

United States District Court
District of New Jersey
The Honorable Jose R. Almonte, USMJ
2 Federal Square
Newark, NJ 07102

      **RE:**    **Tyrone Fuquan Ellison v. Markisha Cook, Daniel Lynch and Henry Acebo**
              **Docket No.: U.S.D.C. 2:22-cv-05001**
              **D/A: 8/11/2020**
              **Claim No.: 22-02453**
              <u>**Our File No.: 475.85226**</u>

Dear Your Honor,

      Please be advised this office represents defendants, Markisha Cook, Daniel Lynch and Henry Acebo in the above referenced matter.

      A settlement conference is scheduled in this matter for Monday, October 28, 2024. Please accept this letter as a request for a brief adjournment of the upcoming settlement conference. At this juncture, the undersigned does not have any authority to make an offer towards resolution. Defendant's client is currently reviewing the matter for purposes of resolution and has requested additional time to do so. Therefore, so to not waste the parties or Your Honor's time, we respectfully request that the settlement conference be scheduled for a later date.

      Plaintiff's counsel has kindly consented to this request.

      Thank you for your kind attention to this matter.

              Respectfully yours,

              By: */s/ Kathryn McCallion*
                    Kathryn V. McCallion, Esquire